IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KANSAS BANKERS SURETY COMPANY,** | ) ) ) | **CASE NO. 8:07CV226** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| **V.** | ) ) | |
| **MINDEN EXCHANGE BANK & TRUST, Co.,** | ) ) ) | |
| **Defendant.** | ) ) | |

The Court has received the parties' joint letter regarding their agreement to mediate this case privately. Based on their agreement, the planning conference will be rescheduled.

IT IS ORDERED:

1. The planning conference scheduled for November 19, 2007, is cancelled;

2. Mediation will be concluded on or before January 31, 2008;

3. If the case is not resolved in mediation, then a telephone planning conference with the undersigned district judge will be held **on February 4, 2008, at 1:30 p.m.,** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call to the court at (402) 661-7323.** (At the request of the parties, the conference may be held in chambers); and

4. All other requirements set forth in the initial progression order remain in effect.

DATED this 31st day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge