IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE KANSAS BANKERS SURETY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV226 |
| v. | ) ) | |
| MINDEN EXCHANGE BANK & TRUST CO., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for leave to file amended counterclaim (Filing No. 37). The Court notes no objections have been filed and that said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion for leave to file amended counterclaim is granted. Defendant shall have until March 14, 2008, to file its amended counterclaim.

DATED this 7th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court