IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

THE KANSAS BANKERS SURETY       )
COMPANY,                        )
                                )
            Plaintiff,          )          8:07CV226
                                )
        v.                      )
                                )
MINDEN EXCHANGE BANK & TRUST    )              ORDER
CO.,                            )
                                )
            Defendant.          )
_____)


        This matter is before the Court on cross motions for

summary judgment (Filing Nos. 79 and 82) and on plaintiff's

motion to strike defendant's amendment and supplement to its

brief in opposition to plaintiff's motion for summary judgment

and in the alternative motion for leave to file response out of

time and memorandum in support (Filing No. 97).  Upon review of

the motions, the briefs and evidentiary submissions of the

parties, and the applicable law, the Court finds that genuine

issues of material fact, including witness credibility issues,

exist which preclude summary judgment.[1]  Accordingly,

--------

        [1] In addition, the Court finds that both parties have not
fully complied with the local rules of this Court.  Counsel are
admonished to review in particular NECivR 7.1.  However, because
the Court finds that neither party was prejudiced by these
lapses, and that further briefing of this issue would not be
helpful, the plaintiff's motion to strike defendant's amendment
and supplement to its brief in opposition to plaintiff's motion
for summary judgment and in the alternative motion for leave to
file response out of time and memorandum in support (Filing No.
97) will be denied.

IT IS ORDERED:

1) Plaintiff's motion for summary judgment (Filing No. 79) and defendant's motion for partial summary judgment (Filing No. 82) are denied.

2) Plaintiff's motion to strike defendant's amendment and supplement to its brief in opposition to plaintiff's motion for summary judgment and in the alternative motion for leave to file response out of time and memorandum in support (Filing No. 97) is denied.

DATED this 6th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court