IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE KANSAS BANKERS SURETY COMPANY, ) ) ) | | |
| Plaintiff, ) ) | 8:07CV226 | |
| v. ) ) | | |
| MINDEN EXCHANGE BANK & TRUST ) CO., ) ) | ORDER | |
| Defendant. ) _____) | | |

This matter is before the Court on defendant's objections to plaintiff's deposition designations (Filing No. 111), defendant's objections to plaintiff's rebuttal deposition designations (Filing No. 112), and plaintiff's objections to defendant's deposition designations and discovery designations (Filing No. 117). The Court has reviewed the objections, the corresponding designations (Filing Nos. 116, 104, 117), and the applicable law, and reserves ruling, until the time of trial, on all objections except as follows:

| Van Norman Deposition | | | |
|---|---|---|---|
| Designation | Objection | Ruling | Comment |
| 58:10-12 | Leading | Overruled | |
| 114:4-11 | Leading | Overruled | |
| 6:17-20 | Relevancy | Overruled | |
| 71:4-6 | Calls for Speculation | Overruled | |
| 78:5 | Non-Responsive Answer | Overruled | |
| 81:5-15 | Foundation, Speculation | Overruled | |
| 85:21-24 | Foundation, Speculation | Overruled | |

| | | | |
|---|---|---|---|
| 85:25-86:3 | Foundation, Speculation | Overruled | |
| 86:9-13 | Foundation, Speculation | Overruled | |
| 88:23-89:10 | Foundation, Speculation | Overruled | |
| 89:11-17 | Foundation | Overruled | |
| 90:12-18 | Foundation, Speculation | Overruled | |
| 95:13-17 | Speculation | Overruled | |
| 96:5-18 | Foundation, Speculation | Overruled | |
| 96:22-97:7 | Foundation, Speculation | Overruled | |
| 97:8-17 | Foundation, Speculation | Overruled | |
| 97:18-98:1 | Foundation, Speculation | Overruled | |
| 98:2-9 | Foundation, Speculation | Overruled | |
| 98:10-19 | Foundation, Speculation | Overruled | |
| 98:20-99:4 | Foundation, Speculation | Overruled | |
| 99:5-12 | Foundation, Speculation | Overruled | |
| 100:5-13 | Foundation, Speculation | Overruled | |
| 101:9-15 | Foundation, Speculation | Overruled | |
| 104:22-24 | Leading | Overruled | |
| 105:5-6 | Leading | Overruled | |
| 108:3-16 | Form, Speculation | Overruled | |
| 114:4-11 | Leading | Overruled | |
| 117:12-20 | Incomplete Hypo, Speculation | Overruled | |

| Osterbuhr Deposition | | | |
|---|---|---|---|
| Designation | Objection | Ruling | Comment |
| 46:19-48:1 | Incomplete Designation | Sustained | Must include entire answer through 48:3 |
| 48:22 | Compound | Overruled | Not Designated |
| 48:22 | Incomplete Designation | Overruled | Not Designated |

| Designation | Objection | Ruling | Comment |
|---|---|---|---|
| 49:6-9 | Incomplete Designation | Sustained | Must include entire answer through 49:14 |
| 62:4-21 | Incomplete Designation | Sustained | Must include entire question from 61:18 |
| 63:24-64:3 | Incomplete Designation | Sustained | Must include entire question from 63:8 |

| Wilcox Deposition | | | |
|---|---|---|---|
| Designation | Objection | Ruling | Comment |
| 25:19-26:18 | Relevancy | Overruled | |
| 27:16-19 | Incomplete Designation | Sustained | Must include entire question from 27:9 |
| 31:11-16 | Incomplete Designation | Sustained | Must include entire answer from 31:18 |
| 32:13-33:5 | Leading | Overruled | |

| Armstrong Deposition | | | |
|---|---|---|---|
| Designation | Objection | Ruling | Comment |
| 37:10-13 | Incomplete Designation | Overruled | |
| 83:14-20 | Relevancy | Overruled | |
| 84:4-9 | Relevancy | Sustained | |

| Johnson Deposition | | | |
|---|---|---|---|
| Designation | Objection | Ruling | Comment |
| 24:1-14 | Overbroad Designation | Sustained | Includes question without an answer. Stop at 24:8 |
| 28:6-21 | Incomplete Designation | Sustained | Must include question from 28:2 or could begin at 28:7 |
| 43:1-2 | Relevancy | Sustained | |
| 43:15-44:4 | Compound, Relevancy, Form | Overruled | |
| 47:14-48:12 | Incomplete Designation | Sustained | Must include entire question at beginning and answer at end. 47:9-48:14 |
| 48:15-23 | Incomplete Designation | Sustained | Must include entire answer to 48:25 |

IT IS SO ORDERED.

DATED this 14th day of October, 2008.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court