IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KANSAS BANKERS SURETY COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) MINDEN EXCHANGE BANK & ) TRUST, CO., ) ) Defendant. ) | Case No. 8:07CV226 AMENDED ORDER TO WITHDRAW EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

All Trial Exhibits / Jury Trial / October 14-17, 2008

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 28th day of October, 2008.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07