IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE KANSAS BANKERS SURETY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV226 |
| v. | ) ) | |
| MINDEN EXCHANGE BANK & TRUST CO., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for judgment notwithstanding the verdict or, in the alternative, motion for new trial (Filing No. 146). The Court has reviewed the motion and brief in support, together with defendant's brief in opposition (Filing No. 152), as well as the evidence, and finds said motion should be denied. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for judgment notwithstanding the verdict or, in the alternative, for new trial is denied. The clerk is directed to enter judgment on the verdict.

2) All other motions are denied as moot.

DATED this 4th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court